CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Michael T. Stephens  NZ2365
**Full Name of Plaintiff**     **Inmate Number**

Civil No. 3:22cv645
(to be filled in by the Clerk's Office)

v.

Nicholas R. Mosher
**Name of Defendant 1**

(✓) Demand for Jury Trial
(__) No Jury Trial Demand

Timothy Keller
**Name of Defendant 2**

John Doe Parole Agent
**Name of Defendant 3**

FILED
SCRANTON

Cassandra Pugh
**Name of Defendant 4**

MAY 0 2 2022

PER _____ 
       DEPUTY CLERK

Thomas Lyons
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

I.   **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

✗   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

___ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II. **ADDRESSES AND INFORMATION**

A. **PLAINTIFF**

Stephens, Michael T
Name (Last, First, MI)

NZ 2365
Inmate Number

SCI Mahanoy
Place of Confinement

301 Morea Road
Address

Frackville, PA 17932-0001
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Nicholas R Mosher
Name (Last, First)

Parol Agent
Current Job Title

430 Penn Avenue
Current Work Address

Scranton, Lackawanna, PA 18503
City, County, State, Zip Code

Defendant 2:

_Keller, Timothy_
Name (Last, First)

_Parol Agent, Supervision_
Current Job Title

_430 Penn Avenue_
Current Work Address

_Scranton, Pa 18503_
City, County, State, Zip Code

Defendant 3:

_John Doe_
Name (Last, First)

_Parol Agent_
Current Job Title

_430 Penn Avenue_
Current Work Address

_Scranton, Pa 18503_
City, County, State, Zip Code

Defendant 4:

_Pugh, Cassandra_
Name (Last, First)

_Case Worker_
Current Job Title

_539 Linden St_
Current Work Address

_Scranton, Pa 18503_
City, County, State, Zip Code

Defendant 5:

_Thomas Lyons_
Name (Last, First)

_Security Monator_
Current Job Title

_539 Linden St_
Current Work Address

_Scranton, Pa 18503_
City, County, State, Zip Code

### III.  STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.  Describe where and when the events giving rise to your claim(s) arose.

My vehicle located in a parking garage at 419 Linden Street Scranton, Pa 18503

B.  On what date did the events giving rise to your claim(s) occur?

June 21, 2021

C.  What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

On the morning of June 21'st I was taken to my vehicle by Parol Agent Nick Mosher and an unknown Parol Agent. Upon arrival to my vehicle the two Agents without my permission illigaly searched my vehicle and located a small amount of marijuana, plaintiff did not give "free and voluntary" consent to the his Vehicle, or cell phone. Plaintiff argued that his Fourth Amendment right to be free from unreasonable searches and seizures had been violated, with a warrantless search of his Vehicle, without "consent."

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

8th, ~~4th~~ and 14th Amendments, and warrantless search of his vehicle

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

distress from incarsoration, mental anguish

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Seeking money damages, for lost wage, what the court see fit.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

X *Michael T. Stephens*
Signature of Plaintiff

*April 24, 2022*
Date

Michael Stephens
445 6. Street
Scranton, PA. 18503